# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES TOOMEY

NO. 2020 KW 1215

**FEB 1 8 2021**

---

In Re:     State of Louisiana, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 190083.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.**

**VGW**
**JEW**

   **Chutz, J.,** dissents and would grant the writ application. The transcript of the defendant's guilty plea hearing shows that he was properly advised of his rights, confirmed that he understood and waived those rights, indicated that he understood his sentence, and set forth that he was satisfied with his representation by defense counsel. While La. R.S. 15:543 requires that a person convicted of a sex offense be informed of the sex offender registration requirements, the court is not required to inform the defendant of the requirements prior to entering his plea. Considering the above, I find that the district court abused its discretion in granting the defendant's motion to withdraw his guilty plea. See **State v. Thompson,** 2008-1099 (La. App. 1st Cir. 12/23/08), 2008 WL 6809587 (unpublished).

COURT OF APPEAL, FIRST CIRCUIT

*a.S~*

---
DEPUTY CLERK OF COURT
FOR THE COURT